IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 3:09-501-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MATTHEW BARRINGTON GWYN | ) | |
| _____ | ) | |

Because the court has been furnished with information indicating that Casey R. Grant, one of the sureties in this action, is a full-time soldier in the South Carolina Army National Guard and is currently enrolled in a course at Camp Williams, Utah, all proceedings against him in this action are hereby stayed until further notice. All other sureties referenced in this court's order of July 13, 2010, are still required to appear at the hearing scheduled for August 12, 2010.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.
United States District Judge

August 6, 2010
Columbia, South Carolina